# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| PETER GRIGG, § § *Plaintiff,* § v. § § JEREMY MCKEY, § § *Defendant.* § § | Civil Action No. 4:23-cv-00624 Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 16, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #15) that Plaintiff Peter Grigg's Motion for Default Judgment (Dkt. #4) be denied, Defendant Jeremy McKey's Motion to Dismiss (Dkt. #5) be denied as moot, and Defendant McKey's Motion to Compel Arbitration (Dkt. #13) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Grigg's Motion for Default Judgment (Dkt. #4) is hereby **DENIED**, Defendant McKey's Motion to Dismiss (Dkt. #5) is hereby **DENIED as moot**, and Defendant McKey's Motion to Compel Arbitration (Dkt. #13) is hereby **GRANTED**.

It is **FURTHER ORDERED** that this case is stayed pending the resolution of arbitration.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE